

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-077-VCF |
| Plaintiff, | **Order Continuing Bench Trial** |
| v. | |
| DANNY NUSSBAUM, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for May 5, 2021, at the hour of 9:00 a.m. be vacated and continued to June 9, 2021 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 4th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE