
X FILED / ENTERED ___ RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
June 8, 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DANNY NUSSBAUM,<br><br>      Defendant. | Case No. 2:21-mj-77-VCF<br><br>**Order Continuing Bench Trial** |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for June 9, 2021, at the hour of 9:00 a.m. be vacated and continued to July 14, 2021 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 8th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3